United States District Court

Eastern District of California

Thomas Winter,

    Petitioner,

vs.

A. K. Scribner,

    Respondent.

No. Civ. S 05-0543 FCD PAN P

Order

-oOo-

June 13, 2005, respondent requested an extension of time to respond to the petition. Good cause appearing, respondent's request is granted and time is extended until 30 days from the date this order is signed.

So ordered.

Dated: June 21, 2005.

    /s/ Peter A. Nowinski
    PETER A. NOWINSKI
    Magistrate Judge