United States District Court

Eastern District of California

Thomas Winter,

     Petitioner,

vs.

A. K. Scribner,

     Respondent.

No. Civ. S 05-0543 FCD PAN P

Order

-oOo-

July 11, 2005, respondent requested an extension of time to respond to the petition. Good cause appearing, respondent's request is granted and time is extended until 30 days from the date this order is signed.

So ordered.

Dated: July 19, 2005.

                            /s/ Peter A. Nowinski
                            PETER A. NOWINSKI
                            Magistrate Judge