IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THOMAS WINTER,

    Petitioner,                   No. CIV S-05-0543 FCD EFB P

    vs.

A.K. SCRIBNER,

    Respondent.              ORDER

                                 /

       Petitioner is a state prisoner with counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. On December 2, 2010, petitioner requested an extension of time to file the points and authorities as ordered by the court on May 4, 2010. *See* Fed. R. Civ. P. 6(b).

       Good cause appearing, it is ORDERED that petitioner's December 2, 2010 request for extension of time is granted and petitioner has until February 1, 2011 to file the points and authorities in support of the petition.

DATED: December 6, 2010.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE